UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT H. LOPEZ,<br><br>         Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC.<br><br>         Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:23-cv-00487-B |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

**DISCOVERY CONTROL PLAN LEVEL**

1.      Equifax states that Rule 500.9 of the Texas Rules of Civil Procedure speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context Rule 500.9 of the Texas Rules of Civil Procedure, the allegations in Paragraph 1 are denied.

**JURISDICTION & VENUE**

2.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

## PARTIES

### Plaintiff Robert H. Lopez II

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax admits that the plaintiff is a consumer as defined by the FCRA.

### Defendant Equifax Information Services LLC

7. Equifax admits that it is a credit reporting agency as defined by the FCRA.

8. Equifax admits the allegations in Paragraph 8.

## FACTUAL ALLEGATIONS

9. Equifax denies the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10. By further response, Exhibit A speaks for itself.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11. By further response, Exhibit A speaks for itself.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12. By further response, Exhibit A speaks for itself.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13. By further response, Exhibit A speaks for itself.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations in Paragraph 15 are denied.

16. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations in Paragraph 16 are denied.

## FIRST CAUSE OF ACTION
### Violation of the Fair Credit Reporting Act
### 15 U.S.C. § 1681 et seq. Against Defendant

17. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

18. Equifax denies the allegations in Paragraph 18.

19. Equifax denies that Plaintiff is entitled to any relief claimed in his Complaint.

## PRAYER FOR RELIEF

20. Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Dated: March 24th, 2023                    Respectfully submitted,

By: */s/ Daniel Olds*
**Daniel Olds**
Clark Hill PLC
901 Main St. Suite 6000
Dallas, TX 75202
O: (214) 654-4300
F: (214) 651-4330
Email: DOlds@clarkhill.com

By: /s/ Forrest M. Seger III
**FORREST M. SEGER III**
Texas Bar No. 24070587
teo.seger@clarkhill.com
**CLARK HILL**
2301 Broadway St.
San Antonio, Texas 78215-1157
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEYS FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 24th day of March, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

 */s/ Daniel Olds*
**Daniel Olds**

- 4 -